**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------x
ELAINE ARABAITZIS,                           :
                                             :
                    Plaintiff,    :
  -against-                                 :
                                             :
UNUM LIFE INSURANCE COMPANY OF               :
AMERICA, an insuring subsidiary of UNUM      :   Civil Action 16-cv-01273-TSC
GROUP and THE DICKSTEIN SHAPIRO,             :
LLP LONG TERM DISABILITY PLAN,               :
                                             :
                    Defendants.   :
                                             :
                                             :
                                             :
---------------------------------------------------------------x

**NOTICE OF DISMISSAL OF COMPLAINT**
**AGAINST DEFENDANT THE DICKSTEIN SHAPIRO, LLP**
**LONG TERM DISABILITY PLAN PURSUANT TO**
<u>**RULE 41(1)(A)(i) OF FED. R. CIV. P.**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Arabaitzis hereby dismisses, *with prejudice*, the Complaint as against defendant The Dickstein Shapiro LLP Long Term Disability Plan, <u>only</u>.

Dated: July 22, 2016

                                                      ELKIND & SHEA

                                                      By: _____/s/_____
                                                      Scott B. Elkind, Bar #438811
                                                      801 Roeder Road, Suite 550
                                                      Silver Springs, MD 20910
                                                      P: (301) 495-6665
                                                      F: (301) 565-5111

                                                      Attorneys for Plaintiff
                                                      *Elaine Arabaitzis*