IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ARABAITZIS,<br><br>    Plaintiff,<br> v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, an insuring subsidiary of UNUM GROUP<br><br>and<br><br>THE DICKENSON SHAPIRO, LLP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 1:16-CV-01273-TNM-DAR |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY ERIC J. WYCOFF**

  Pursuant to Local Rule 83.6(a), undersigned counsel hereby withdraws his appearance on behalf of Defendant Unum Life Insurance Company of America ("Unum").  Zachary S. Stinson, Esq., entered his appearance on behalf of Unum Life Insurance Company of America on June 5, 2018, and Unum consents to the withdrawal of Eric J. Wycoff.

Dated: June 14, 2018

By: /s/  Eric J. Wycoff
   Eric J. Wycoff, Esq.
   Pierce Atwood LLP
   Merrill's Wharf
   254 Commercial Street
   Portland, ME  04101
   Phone: 207-791-1100
   ewycoff@pierceatwood.com

   *Attorneys for Defendant Unum Life*
   *Insurance Company of America*

By: /s/  Michael Parker
   Michael Parker
   Assistant Vice President and
   Legal Counsel
   Unum Life Ins. Co. of America

## **CERTIFICATE OF SERVICE**

I, Eric Wycoff, hereby certify that on June 14, 2018, the foregoing Notice of Withdrawal of Appearance of Eric J. Wycoff was filed via the Court's Electronic Case Filing (ECF) system and should be served upon the following via the same:

> Scott B. Elkin, Esq.
> ELKIND & SHEA
> The Disability Benefits Law Firm
> 801 Roeder Road, Suite 550
> Silver Spring, MD 20910
> (301) 495-6665
> selkind@elkindshea.com
>
> Daniel S. Kozma, Esq.
> LAW OFFICE OF DANIEL S. KOZMA
> 2120 L Street, N.W., Suite 700
> Washington, DC 20037
> (202) 969-2223
> dkozlaw@aol.com
>
> Zachary S. Stinson, Esq.
> Robert R. Niccolini, Esq.
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 1909 K Street, N.W., Suite 1000
> Washington, D.C. 20006
> (202) 887-0855
> zach.stinson@ogletree.com
> robert.niccolini@ogletree.com

*/s/ Eric J. Wycoff*
Eric J. Wycoff